1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3    *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
     *jonathan.carlson@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101

7

   Attorneys for Defendant
8  Government Employees Insurance Company

9
                    UNITED STATES DISTRICT COURT
10
                          DISTRICT OF NEVADA
11

12

   OLGA McDOWELL, individually,              Case No. 2:17-cv-00864-APG-PAL
13
                    Plaintiff,               **STIPULATION TO CONTINUE**
14                                           **DISCOVERY DEADLINE DATES**
         v.                                  **(SECOND REQUEST)**
15
   GOVERNMENT EMPLOYEES
16 INSURANCE COMPANY; DOES I - X; and
   ROE CORPORATIONS I - X, inclusive,
17
                    Defendants.
18

19

20     IT IS HEREBY STIPULATED AND AGREED between the parties to extend the discovery

21 deadline of December 26, 2017; the initial expert disclosure deadline of October 27, 2017; the rebuttal

22 expert disclosure deadline of November 27, 2017; the dispositive motion deadline of January 25,

23 2018; and the Pre-Trial Order deadline of February 26, 2018. In accordance with Local Rule 26-4, the

24 parties state as follows:

25     (a)    <u>DISCOVERY COMPLETED BY THE PARTIES</u>

26     The completed discovery is as follows: Both parties have completed initial Rule 26

27 Disclosures. Plaintiff has propounded a first set of interrogatories, first set of request for admissions

28 and first set of request for production of documents. Defendant has propounded a first set of

interrogatories, first set of request for admissions and first set of request for production of documents. Plaintiff's deposition went forward on August 25, 2017. Plaintiff has disclosed all treating physicians as non-retained expert witnesses. Defendant has disclosed Dr. Joseph Schifini and Dr. Hugh Selznick as defense experts.

(b) <u>DISCOVERY WHICH REMAINS TO BE COMPLETED</u>:

Plaintiff seeks to schedule a deposition of a Rule 30(b)(6) witness on behalf of the Defendant. Further, both parties may need to retain claims handling experts and Plaintiff seeks to depose two or three additional claims handlers with the Defendant, all of whom are located out of state. Herein lies the impetus behind the parties request for additional time. Defendant filed several dispositive motions, as follows: Motion to Dismiss, or in the alternative to Sever/Bifurcate and Stay Extra-contractual claims (Doc. 7), Motion to Stay Claims for Bad Faith (Doc. 8), and Motion to Strike the Allegations of the Complaint Regarding the Medical Examination of Dr. Schifini (Doc. 9). The Court recently ruled upon those motions (Doc. 35), the outcome being that substantial extra-contractual discovery is now going to occur. Further, Defendant will supplement prior discovery responses in light of the ruling as well. Therefore, the parties request an additional ninety (90) days extension so that they can obtain a ruling from the Court on these Motions, which will provide guidance on what, if any, extra-contractual discovery will be necessary.

(c) <u>REASONS WHY DISCOVERY WAS NOT SATISFIED OR COMPLETED WITHIN THE TIME LIMIT SET BY THE DISCOVERY PLAN</u>:

The Court only recently heard and decided upon GEICO's Motion to Dismiss, or in the Alternative, to Sever/Bifurcate and to Stay Claims for Bad Faith. (Doc. 35). In light of the Court's ruling, Plaintiff seeks to depose several GEICO pre-litigation claims handlers and potentially GEICO's Rule 30(b)(6) witness(es) as well. In addition, both parties may require retention of claims handling or other experts to opine on the extra-contractual claims. The parties therefore request a brief ninety (90) day continuance of the deadlines in this matter in order to conduct the remaining depositions and expert discovery.

(d) <u>THE CURRENT SCHEDULE FOR COMPLETION OF ALL REMAINING DISCOVERY</u>:

The parties request that all pertinent discovery deadlines set forth in the court's Scheduling Order be continued ninety (90) days, as follows: Close of discovery on March 26, 2018; initial expert disclosure deadline on December 26, 2017; rebuttal expert disclosure deadline on January 25, 2018; the dispositive motion deadline of April 25, 2018; and the Pre-Trial Order deadline of May 29, 2018.

DATED this 17th day of October, 2017

GLEN LERNER INJURY ATTORNEYS

By     /s/ *Joshua L. Benson*
Joshua L. Benson, Esq.
Nevada Bar No. 10514
4795 South Durango Drive
Las Vegas, Nevada 89147
Tel. (702) 877-1500

Attorneys for Plaintiff
Olga McDowell

DATED this 17th day of October, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By     /s/ *Jonathan W. Carlson*
Wade M. Hansard
Nevada Bar No. 8104
Jonathan W. Carlson
Nevada Bar No. 10536
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant
Government Employees Insurance Company

4756236.1

**IT IS SO ORDERED** this 14th day of November, 2017.

_____
Peggy A. Leen
United States Magistrate Judge