McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Defendant
Government Employees Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OLGA McDOWELL, individually,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY; DOES I - X; and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00864-APG-PAL<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the parties to the above-entitled action have now fully settled their claims in this case, with an agreement that each side will bear their own fees and costs. It is expected that all settlement documents can be exchanged and this matter will be fully resolved, with a

. . .

. . .

. . .

| | |
|---|---|
| 1 | Notice of Dismissal with Prejudice filed with the Court within the next 30 days. |
| 2 | DATED this 6th day of December, 2017 |
| 3 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| 4 | |
| 5 | |
| 6 | By    /s/ *Jonathan W. Carlson* |
| 7 | Wade M. Hansard<br>Nevada Bar No. 8104 |
| 8 | Jonathan W. Carlson<br>Nevada Bar No. 10536 |
| 9 | 8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113 |
| 10 | Tel. (702) 949-1100 |
| 11 | Attorneys for Defendant |
| 12 | Government Employees Insurance Company |
| 13 | 4840011.1 |

**IT IS ORDERED** that the settling parties shall have until **January 5, 2018**, to either file a stipulation to dismiss with prejudice, or file a joint status report advising when the stipulation to dismiss will be filed.

Dated: December 7, 2017

_____
Peggy A. Leen
United States Magistrate Judge

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of December, 2017, a true and correct copy of **NOTICE OF SETTLEMENT** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By     /s/ *Mandy Vogel*
    Mandy Vogel, an Employee of
    MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP